IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

JESSE TURNER                                                              PLAINTIFF

VERSUS                                           CIVIL ACTION NO. 2:08CV49-P-A

GRUMPY, LLC, d/b/a SAVE-LOT 6619,
and CITY OF HERNANDO, MISSISSIPPI                                        DEFENDANTS

**ORDER**

This cause is before the Court on defendant City of Hernando's Motion for Summary Judgment [74] and defendant Grumpy, LLC's Motion for Summary Judgment [76]. The Court, having reviewed the motion, and being otherwise fully advised in the premises, finds as follows, to-wit:

In accordance with the Memorandum Opinion entered this day, the Court finds that the motions are well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that defendant City of Hernando's Motion for Summary Judgment [74] and defendant Grumpy, LLC's Motion for Summary Judgment [76] are well-taken and should be, and hereby are, GRANTED.

SO ORDERED, this the 11th day of December, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE