IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

JESSE TURNER                                                                                           PLAINTIFF

VERSUS                                                                    CIVIL ACTION NO. 2:08CV49-P-A

GRUMPY, LLC, d/b/a SAVE-LOT 6619,
and CITY OF HERNANDO, MISSISSIPPI                                                    DEFENDANTS

## FINAL JUDGMENT

This cause came on for hearing on defendant City of Hernando's Motion for Summary Judgment [74] and defendant Grumpy, LLC's Motion for Summary Judgment [76]. The Court, having considered the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

In accordance with the Memorandum Opinion entered this day, the Court finds that the motions are well-taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that defendant City of Hernando's Motion for Summary Judgment [74] and defendant Grumpy, LLC's Motion for Summary Judgment [76] are well-taken and should be, and hereby are, GRANTED. IT IS FURTHER ORDERED that this cause is hereby DISMISSED WITH PREJUDICE, each party to bears its own costs.

This, the 11th day of December, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE